

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-24-2012

# Nakia Garrus v. Secretary PA Dept Corr

Precedential or Non-Precedential: Precedential

Docket No. 09-3586

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Nakia Garrus v. Secretary PA Dept Corr" (2012). *2012 Decisions.* Paper 1352.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/1352

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 09-3586

_____

NAKIA WILLIAM GARRUS,
Appellant

v.

*SECRETARY OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS;
THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA;
THE ATTORNEY GENERAL FOR THE STATE OF PENNSYLVANIA

*(Pursuant to Rule 43(c), Fed. R. App. P.)

_____

PRESENT:  McKEE, <u>Chief Judge</u>, SLOVITER, SCIRICA, RENDELL, AMBRO,
FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN,
GREENAWAY, JR. and VANASKIE, Circuit Judges

**ORDER**

The Court, *sua sponte*, orders rehearing *en banc* in the above captioned case.  It is

ordered that the Clerk of this Court list the case for rehearing *en banc* Wednesday, May

30, 2012 at 10:00 am.

The *en banc* court will consider whether the district court erred in considering the

defendant's 1997 conviction for second-degree burglary in determining whether the

defendant should be sentenced under Pennsylvania's "three strikes" law, 42 Pa. Cons.

Stat. § 9714.

The Clerk of Court will set an appropriate briefing schedule..

By the Court,


 Theodore A. McKee
Chief Circuit Judge


Dated:       February 24, 2012
SLC/cc:      Thomas W. Dolgenos
             David R. Fine
             David C. Glebe
             Anthony R. Holtzman
             Robert M. Wolff